UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. FOGLE,<br><br>    Plaintiff,<br><br>    v.<br><br>BOYS AND GIRLS CLUBS OF AMERICA,<br><br>    Defendant. | Case No. 22-cv-06950-SK<br><br>**ORDER TO SHOW CAUSE** |

The Court HEREBY ORDERS Plaintiff TO SHOW CAUSE why this case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). As shown by a review of the procedural history in this case, Plaintiff has failed to prosecute this case.

On November 9, 2022, the Court ordered Plaintiff to file an amended complaint by December 7, 2022. (Dkt. No. 5.) On January 26, 2023, the Court extended Plaintiff's deadline to file an amended complaint to March 10, 2023, based on a request from Plaintiff. (Dkt. No. 7.) Plaintiff has not filed an amended complaint. Additionally, the Court scheduled an initial case management conference for May 15, 2023 and ordered parties to file a joint case management statement by May 8, 2023. No statement has been filed nor has Plaintiff filed any request for continuance with the Court.

Plaintiff shall file a written response to this Order to Show Cause by no later than May 30, 2023. Plaintiff is admonished that, if he fails to file a response to this Order to Show Cause by May 30 2023, the Court will reassign this matter and issue a report and recommendation that this matter be dismissed for failure to prosecute without any further notice.

The Court ADVISES Plaintiff that the district court has produced a guide for *pro se* litigants called *Representing Yourself in Federal Court: A Handbook for Pro Se Litigants*, which

provides instructions on how to proceed at every stage of the case, including discovery, motions, and trial. It is available electronically online (https://www.cand.uscourts.gov/wpcontent/uploads/2020/02/Pro_Se_Handbook_2020ed_links_12-2021_MBB.pdf) or in hard copy free of charge from the Clerk's Office. The Court additionally has a website with resources for pro se litigants (https://www.cand.uscourts.gov/pro-se-litigants/). The Court further advises Plaintiff that he also may wish to seek assistance from the Legal Help Center. Plaintiff may call the Legal Help Center at 415-782-8982 or email fedpro@sfbar.org for a free appointment with an attorney who may be able to provide basic legal help, but not legal representation.

**IT IS SO ORDERED**.

Dated: May 9, 2023

_____
SALLIE KIM
United States Magistrate Judge